No. 593, Misc. MURRAY v. FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se*. *Earl Faircloth*, Attorney General of Florida, and *George R. Georgieff*, Assistant Attorney General, for respondent.

No. 778, Misc. TRUSLOW v. BOLES, WARDEN; and
No. 895, Misc. SHEFTIC v. BOLES, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 79. CASCADE NATURAL GAS CORP. v. EL PASO NATURAL GAS CO. ET AL.;
No. 82. CALIFORNIA v. EL PASO NATURAL GAS CO. ET AL.; and
No. 596. SOUTHERN CALIFORNIA EDISON CO. v. EL PASO NATURAL GAS CO. ET AL. Appeals from D. C. Utah. Probable jurisdiction noted. The cases are consolidated and a total of two hours is allotted for oral argument. MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of these cases. *H. B. Jones, Jr.*, for appellant in No. 79. *William M. Bennett* for appellant in No. 82. *Rollin E. Woodbury, Harry W. Sturges, Jr., William E. Marx* and *Raymond T. Senior* for appellant in No. 596. *Gregory A. Harrison, Atherton Phleger* and *Leon M. Payne* for El Paso Natural Gas Co., appellee in all cases. Former *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum* and *Donald L. Hardison* for the United States, appellee in Nos. 79 and 82; and *Solicitor General Marshall, Assistant Attorney General Turner* and *Lionel Kestenbaum* for the United States, appellee in No. 596.